

# IN THE
## TENTH COURT OF APPEALS

---

## No. 10-16-00131-CV

## IN RE CECILIA R. WILLIAMS PERKINS, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF BERNICE JEANETTE WILLIAMS, DECEASED

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

Relator's Petition for Writ of Mandamus is denied.[1]  The Court's order issued on April 28, 2016 staying the proceedings in the trial court is lifted.  Relator's Motion for Emergency Stay is dismissed as moot.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Petition denied
Stay lifted
Motion dismissed as moot
Opinion delivered and filed November 2, 2016
[OT06]



---

[1] A motion for rehearing may be filed within 15 days after this order is rendered.  TEX. R. APP. P. 52.9.